UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20779-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE L. YERA,

        Defendants,
_____/

### ORDER OF TRANSFER DEFENDANT(S) TO FUGITIVE STATUS

The above listed defendant(s) is transferred to the Clerk's Fugitive File until such time as the defendant(s) is apprehended.

DONE and ORDERED in chambers at the United States Courthouse, Federal Courthouse Square, this 5 of September 2008.

                              Ursula Ungaro, USDJ

cc: U.S. Attorney's Office